UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

        Plaintiff,

    v.

Case No. 2:24-cv-704-SPC-KCD

KELVIN JIMENEZ, IN PERSONAL
AND PROFESSIONAL CAPACITY;
DYLAN J RENZ, IN PERSONAL
AND PROFESSIONAL CAPACITY;
AND  CITY OF PUNTA GORDA,
MUNICIPALITY;

        Defendants,

## **ORDER**

Defendants City of Punta Gorda and Officers Dylan Renz and Kelvin Jimenez move to quash a subpoena from Plaintiff Andrew Sheets. (Doc. 40.)[1] Sheets has responded, claiming the motion is moot because the "subpoena . . . was never issued, filed, or served." (Doc. 41 at 1.) Given Sheets' concession that the subpoena was not served and no response is due, the Court agrees that this dispute "is obviously moot and academic." *In re Edgewood Gen. P'ship*, 166 B.R. 188, 190 (Bankr. M.D. Fla. 1994); *see also Allen v. Goard*, No. 14-61147-CIV, 2019 WL 13182242, at *1 (S.D. Fla. Mar. 22, 2019).

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

Defendants' motion is thus **DENIED AS MOOT**. They can seek relief should

Sheets proceed with serving the subpoena.

      **ORDERED** in Fort Myers, Florida on April 3, 2025.


Kyle C. Dudek
United States Magistrate Judge