UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

    Plaintiff,

v.   Case No.: 2:24-cv-704-SPC-KCD

KELVIN JIMENEZ, DYLAN J. RENZ, and CITY OF PUNTA GORDA,

    Defendants.
    _____/

## OPINION AND ORDER

Before the Court are Defendants' Motion to Determine Entitlement to Attorney's Fees (Doc. 54) and United States Magistrate Judge Kyle C. Dudek's Report and Recommendation ("R&R") (Doc. 61). Judge Dudek recommends denying the motion. No party objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded

by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150–52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the R&R in full.

Accordingly, it is now

**ORDERED:**

1. Judge Dudek's Report and Recommendation (Doc. 61) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.
2. Defendants' Motion to Determine Entitlement to Attorney's Fees (Doc. 54) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on August 21, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2